```
McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>IN RE:<br><br>   REQUEST FROM ITALY<br>   PURSUANT TO THE TREATY<br>   BETWEEN THE UNITED STATES<br>   OF AMERICA AND THE<br>   ITALIAN REPUBLIC ON<br>   MUTUAL LEGAL ASSISTANCE<br>   IN CRIMINAL MATTERS | 2:07-MC-00111-LKK-KJM<br><br><br><br><br>ORDER |

<u>ORDER</u>

Upon application of the United States, and upon review of the request from Italy seeking evidence under the Treaty on Mutual Assistance with the Italian Republic (1985 WL 303144, 24 I.L.M. 1539)(the "Treaty"), and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty, as well as 28 U.S.C. § 1782 and this Court's inherent authority, that Assistant U.S. Attorney Courtney J. Linn is

appointed as a Commissioner of this Court and is hereby directed to execute the Treaty request as follows:

1. Take such steps as are necessary, including issuance of commissioner's subpoenas in a form substantially consistent with the form attached to the government's ex parte application, to compel the appearance of the witness requested;

2. Provide notice to the recipient of the subpoena of the time, date and place of the examination by video conference and of the recipient's right to bring his own counsel to the examination (with no notice to any other party required);

3. Adopt procedures to conduct the examination of the requested witness by video conference consistent with the use of the testimony in the proceeding for which Italy has requested assistance, which procedures may include allowing the Brindisi Criminal Court such discretion and authority over the conduct of the examination as may be reasonable in the circumstances;

4. Seek such further orders of this Court as may be necessary to execute this request; and

5. Certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to Italy.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner,

///
///
///

including, without limitation, special agents of the Federal Bureau of Investigation.

IT IS SO ORDERED.

DATED: October 29, 2007.

_____
U.S. MAGISTRATE JUDGE